■ In the Matter of CHRISTOPHER LLOYD, Petitioner, v

COUNTY OF SUFFOLK POLICE DEPARTMENT, Respondent.—Proceeding pursuant to CPLR article 78 to review a determination of the respondent County of Suffolk Police Department, dated October 29, 1986, which, after a hearing, revoked the petitioner's pistol license.

Adjudged that the determination is confirmed and the proceeding is dismissed on the merits, without costs or disbursements.

A review of the record of the hearing held in this matter reveals that the respondent's determination to revoke the petitioner's pistol license was supported by substantial evidence *(see, 300 Gramatan Ave. Assocs. v State Div. of Human Rights,* 45 NY2d 176; *Matter of Albert v Rozzi,* 125 AD2d 664). Although conflicting testimony was presented at the hearing, we cannot say that the testimony found credible by the Hearing Officer was incredible as a matter of law *(see, Matter of Sowa v Looney,* 23 NY2d 329; *Matter of Jeanotte v City of Rochester Police Dept.,* 110 AD2d 1081). Nor was the penalty imposed so disproportionate to the offense as to shock one's sense of fairness *(see, Matter of Pell v Board of Educ.,* 34 NY2d 222; *Matter of Albert v Rozzi, supra).*

Finally, we have considered the petitioner's remaining contentions and find them to be without merit. Mangano, J. P., Bracken, Eiber and Spatt, JJ., concur.